No. 3,872.—LOUIS S. COHN CO., RESPONDENT, *v.* POWER CITY DRUG CO. ET AL., APPELLANTS.

*Appeal from District Court, Sanders County.*

Decided May 20, 1916.

PER CURIAM.—Respondent's motion to dismiss the appeal herein is granted, with leave to appellant to reinstate.

*Mr. A. S. Ainsworth,* for Respondent.

———

No. 3,868.—STATE EX REL. STUEWE ET AL., RELATORS, *v.* DISTRICT COURT, RESPONDENTS.

Original application for writ of supervisory control directed to the district court of Lewis and Clark County and R. Lee Word, Judge.

Decided June 2, 1916.

PER CURIAM.—The motion to quash the order to show cause herein, heretofore argued and submitted, is hereby sustained and the proceeding dismissed.

*Mr. Henry C. Smith,* for Relators.

*Mr. Ed. Horsky* and *Mr. Wm. H. Poorman,* for Respondents.